# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF  NEW YORK

**APPEARANCE**

JOSE CRUZ,                                          Case Number: 08-3072 (PAC)

                               Plaintiff,

          -against-

H.E.L.P. USA, INC., MARIA CUOMO-COLE,
LAURENCE BELINSKY, AZALIA MATOS-
BONILLA, JOSEPH GALLO, FREDERICK
GOODHARTZ and THOMAS MAURO

                               Defendants.

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for Defendants.

     I certify that I am admitted to practice in this court.

July 1, 2008
Date

Signature

Jason A. Zoldessy (JZ 6522)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,      NY          10038
City           State       Zip Code

212-545-4000               212-972-3213
Phone Number               Fax Number