```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 01 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CRUZ,

           Plaintiff,

-against-

H.E.L.P. USA, INC., MARIA CUOMO-COLE, LAURENCE BELINSKY, AZALIA MATOS-BONILLA, JOSEPH GALLO, FREDRICK GOODHARTZ and THOMAS MAURO,

           Defendants.

Civil Action No. 08-3072 (PAC)

STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED by and between the undersigned counsel for Defendants H.E.L.P. USA, INC., Maria Cuomo Cole, Laurence Belinsky, Azalia Matos-Bonilla, Joseph Gallo, Fredrick Goodhartz and Thomas Mauro (collectively "Defendants") and counsel for Plaintiff Jose Cruz ("Plaintiff") that the time by which Defendants shall answer, move or otherwise respond to Plaintiff's Complaint shall be extended through and including July 25, 2008. No prior extensions of time have been sought or granted.

Respectfully submitted,

LAW OFFICES OF KEITH A. HAWTHORNE
594 Grand Concourse, Suite 1
Bronx, New York 10451
(718) 665-0050

By: _____
    Keith A. Hawthorne

ATTORNEYS FOR PLAINTIFF

Dated: May 29, 2008

JACKSON LEWIS LLP
59 Maiden Lane, 39th Floor
New York, New York 10038-4502
(212) 545-4000

By: _____
    Felice B. Ekelman (FB 5692)
    Jason A. Zoldessy (JZ 6522)

ATTORNEYS FOR DEFENDANTS

Dated: May __, 2008

SO ORDERED: JUL 01 2008

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE