# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

JOSE CRUZ,                                            Case Number: 08-3072 (PAC)

                              Plaintiff,

                           -against-

H.E.L.P. USA, INC., MARIA CUOMO-COLE, LAURENCE BELINSKY, AZALIA MATOS-BONILLA, JOSEPH GALLO, FREDERICK GOODHARTZ and THOMAS MAURO

                           Defendants.


To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants.

I certify that I am admitted to practice in this court.

July 2, 2008
Date

*[signature]*
Signature

Felice B. Ekelman (FB 5692)
Print Name

JACKSON LEWIS LLP, 59 Maiden Lane
Address

New York,     NY           10038
City          State        Zip Code

212-545-4000              212-972-3213
Phone Number              Fax Number